UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| MICHELLE LEWIS AND | * | |
| ALICIA LEWIS, | * | CIVIL ACTION NO.: |
| INDIVIDUALLY AND AS NATURAL | * | |
| HEIRS TO SHARON LEWIS | * | |
| Plaintiffs | * | |
| | * | JUDGE: |
| VERSUS | * | |
| | * | |
| TOURO INFIRMARY, | * | |
| DR. RUARY C. O'CONELL, | * | MAGISTRATE: |
| ABC DOCTORS, XYZ NURSES, | * | |
| AND DEF INSURANCE COMPANY | * | |
| Defendants | * | |
| | * | |

**************************************

NOTICE OF REMOVAL

**NOW INTO COURT,** through undersigned counsel, comes defendant, Touro Infirmary, Inc., (improperly identified in the Petition for Damages as Touro Infirmary) who removes this Civil Action and any related proceedings from the Civil District Court, Parish of Orleans, State of Louisiana, in which it is now pending, to the United States District Court for the Eastern District of Louisiana pursuant to 28 U.S.C. Sections 1441 and 1446.  In support hereof, defendant states as follows:

1.

Touro Infirmary, Inc. is a defendant in a civil action brought against it in the Civil District Court for the Parish of Orleans, State of Louisiana, entitled "Michelle Lewis and Alicia Lewis, individually and as natural heirs to Sharon Lewis versus Touro Infirmary, Dr. Ruary C. O'Conell, ABC Doctors, XYZ Nurses, and DEF Insurance Company," identified by Case Number 2011-00144 and assigned to Division I-14 by that Court.

Copies of the Petition for Damages, accompanying exhibits, all returns on service, and any and all other pleadings filed into the record of this Civil Action are attached hereto collectively as Exhibit "A", including all process and pleadings served on and/or delivered to defendant.

2.

The aforementioned civil action was commenced by the filing of plaintiffs' Petition for Damages on or about January 6, 2011.  Service of process was made on Touro Infirmary, Inc. on January 13, 2011.

3.

This action is brought by plaintiffs seeking to recover damages in medical malpractice for alleged injury to and death of their mother, Sharon Lewis.

**REMOVAL IS TIMELY**

4.

The deadline for removal under 28 U.S.C. Section 1446 is thirty (30) days from the date of service on the first served defendant according to the returns in the record at the time of removal.  *Getty Oil Corp. v. Ins. Co. of North America*, 841 F.2d 1256, 1262-3 (5th Cir. 1998); *Murphy Bros. v. Michetti Pipe Stringing, Inc.*, 526 U.S. 344, 119 S.Ct. 1332 (1999).

5.

Defendant, Touro Infirmary, Inc., was served with process on January 13, 2011. This Notice of Removal is filed with thirty (30) days of initial receipt by service on Touro Infirmary, Inc. and is, therefore, timely pursuant to 28 U.S.C. Section 1446(b) and the

United States Supreme Court's holding in *Murphy Bros. v. Michetti Pipe Stringing, Inc.*,

526 U.S. 344, 119 S.Ct. 1332 (1999).

### AMOUNT IN CONTROVERSY IS SATISFIED

6.

The amount in controversy, exclusive of interest and costs, exceeds $75,000.00.

7.

Plaintiffs seek damages as follows:

(a)     wrongful death;

(b)     medical malpractice;

(c)     survival action;

(d)     physical pain and suffering, past, present and future;

(e)     mental pain and suffering, past, present and future;

(f)     loss of enjoyment of life and happiness, past, present, and future;

(g)     emotional distress,  past, present, and future;

(h)     loss of pursuit of happiness, past, present, and future;

(i)     funeral expenses; and

(j)     medical expenses.

A case may be removed unless it appears to a legal certainty that the claim is really for less than the jurisdictional  amount.  *Marcel v. Pool Co.,* 5 F.3d 81, 84 (5th Cir. 1993) (citing *St. Paul Mercury Indemnity Co. v. Red Cab Co.*, 58 S. Ct. 586, 590 (1938), and also quoting *Associacion National  v. Dow Quinicade Columbia*, 988 F.2d 559, 564 (5th Cir. 1993).

## DIVERSITY JURISDICTION

8.

District Courts have original jurisdiction of all civil actions where the matter in controversy exceeds the sum or value of $75,000.00, exclusive of interest and cost, and is between (1) citizens of different states; (2) citizens of a State and citizens or subjects of a foreign State;  (3) citizens of different States and in which citizens or subjects of a foreign State are additional parties; and (4) a foreign State, as defined in Section 1603(a) of this Title, as plaintiff and citizens of a State or of different States.

9.

This Court has jurisdiction over this matter pursuant to 28 U.S.C. Section 1332. Diversity jurisdiction under Section 1332 requires that each plaintiff be diverse in citizenship from every defendant.  *Getty Oil Corp. v. Ins. Co. of North America*, 841 F.2d 1256, 1262-3 (5th Cir. 1998).

10.

In their Petition for Damages, plaintiffs allege that they are domiciled in Texas.

11.

In their Petition for Damages, plaintiffs allege that defendant, Touro Infirmary, is a domestic corporation doing business in the Parish of Orleans, State of Louisiana and that defendant, Dr. Ruary O'Conell is domiciled in Louisiana..

12.

Complete diversity between plaintiffs and defendants existed at the time of filing of the Petition for Damages in state court and exists at the time of removal.

## VENUE

13.

The United States District Court for the Eastern District of Louisiana is, pursuant to 28 U.S.C. Sections 1391 and 1446(a) a court of proper venue because the removed action was originally filed in a Louisiana State court in the Parish of Orleans, State of Louisiana.

14.

All defendants consent to removal of this matter to federal district court.

## OTHER MATTERS

15.

Defendant, Touro Infirmary, Inc., has given written notice to all adverse parties and has filed into the state court record this Notice of Removal as required by 28 U.S.C. Section 1446(d).

**WHEREFORE,** defendant, Touro Infirmary, Inc., respectfully removes this action to this Court for further proceedings according to law.

> **CURRY & FRIEND,**
> **A Professional Law Corporation**
>
> BY:   **/s/ Terese M. Bennett**
> **GUY C. CURRY, T.A (#22032)**
> **TERESE M. BENNETT (#19250)**
> **DENISE A. BOSTICK (#21233)**
> **228 St. Charles Avenue**
> **1200 Whitney Bank Building**
> **New Orleans, Louisiana  70130**
> **Telephone:  (504) 524-8556**
>
> **Attorneys for Defendant, Touro Infirmary, Inc.**

## CERTIFICATE OF SERVICE

I hereby certify that I have, on this day, caused to be served via the ECF Filing System for the Eastern District of Louisiana, the above Motion to Substitute Counsel of Record.  Parties not registered with the ECF Filing System, have been served with a copy of this document either by facsimile transmission, e-mail, or via United States mail, postage prepaid and properly addressed, in accordance with the Federal Rules of Civil Procedure.

/s/ Terese M. Bennett