MINUTE ENTRY
AFRICK, J.
April 30, 2013
JS-10 00:10

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**MICHELLE LEWIS ET AL.**                              CIVIL ACTION

**VERSUS**                                                    NO. 11-163

**TOURO INFIRMARY INC. ET AL.**                   SECTION I

A telephone conference was held on this date with the following lawyers participating:

Pius Akamdi Obioha
Jacqueline Blankenship

The Court was advised that the remaining portion of the settlement has been paid. Plaintiffs agreed to dismiss their motion to enforce the settlement and for attorney's fees and sanctions.

**IT IS ORDERED** that the rule to show cause is **CANCELLED**.

**IT IS FURTHER ORDERED** that the motion to enforce the settlement agreement and for attorney's fees and sanctions (R. Doc. No. 45) is **DISMISSED WITH PREJUDICE** with the consent of the parties.

New Orleans, Louisiana, April 30, 2013.

LANCE M. AFRICK
UNITED STATES DISTRICT JUDGE

1